SWITCHMUSIC.COM, INC.,
Plaintiff–Appellee,

v.

U.S. MUSIC CORPORATION and Washburn International Corporation, Defendants–Appellants.

No. 2006–1335.

United States Court of Appeals,
Federal Circuit.

May 15, 2006.

*ORDER*

On April 18, 2006 the court allowed the parties 21 days to object to the transfer of this case to the United States Court of Appeals for the Ninth Circuit. No objection has been received.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is transferred to the Ninth Circuit.

(2) Each side shall bear its own costs.

OPTIMA TECHNOLOGY
CORPORATION, Plaintiff–Appellant,

v.

SONIC SOLUTIONS and Napster, Inc. (formerly known as Roxio, Inc.), Defendants–Appellees.

No. 2006–1256.

United States Court of Appeals,
Federal Circuit.

May 16, 2006.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.